WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Best Western International, Inc., | ) | No. CV-07-0358-PHX-SMM |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| Akshay Hotels Inc., a Florida | ) | |
| corporation; and Shahzad Haque, an | ) | |
| individual, | ) | |
| | ) | |
| Defendants. | ) | |
| ———————————————— | ) | |

Pending before the Court is Plaintiff's Application for Entry of Default Against Defendants Akshay Hotels Inc. and Shahzad Haque (Doc. 12).

Plaintiff Best Western International, Inc., pursuant to Federal Rules of Civil Procedure 55(a), requests the Clerk of the Court to enter default against Defendants Akshay Hotels Inc. and Shahzad Haque on the grounds that said Defendants have failed to plead or otherwise defend this action despite being lawfully served with summons and having had ample opportunity to do so.  "When a party against whom a judgment for affirmative relief is sought

-1-

has failed to plead or otherwise defend as provided by these rules and that fact is made to appear by affidavit or otherwise, the clerk shall enter the party's default."  Fed. R. Civ. P. 55(a).  In the present case, the record indicates valid proof of service to the Defendants, as well as the expiration of time for responding to Plaintiff's Complaint.[1]

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall enter Default against Defendants Akshay Hotels Inc. and Shahzad Haque.

DATED this 23rd day of May, 2007.

Stephen M. McNamee
United States District Judge

---

[1]  The record indicates that Defendants Akshay Hotels Inc. and Shahzad Haque were properly served on March 5, 2007 and March 14, 2007 respectively.

-2-